UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO CASE NO. 07-81038-CIV-HURLEY
(Consolidated Case: Lead action)

SHEET METAL WORKERS LOCAL 28
PENSION FUND, individually and on behalf of others similarly situated,
        plaintiffs,

vs.

OFFICE DEPOT, INC., STEVE ODLAND and
PATRICIA McCKAY,
        defendants.
_____/          **Case No. 07-81038**

BOND NICHOLS individually and on behalf of all
others similarly situated,
        plaintiffs

vs.

OFFICE DEPOT, INC., STEVE ODLAND, and
PATRICIA McCAY,
        defendants.                                 **Case No. 07-14348**
_____/

## ORDER CONSOLIDATING SECURITIES CLASS ACTIONS

**THIS CAUSE** is before the Court upon the parties motions for consolidation. Upon

consideration of the parties' responses to the Court's prior show cause order on consolidation, the

Court finds consolidation of the above two securities class action to be appropriate.

It is accordingly **ORDERED** and **ADJUDGED**:

1.      The parties' motions for consolidation [Case No. 07-14348, DE # 14; Case No. 07-

        81038, DE # 17] are **GRANTED**, and the above styled securities class action cases

        now pending in the Southern District as captioned above are now

        **CONSOLIDATED** in this division.

2.      Unless otherwise directed by the  Court,  **all  further pleadings in these actions
shall  bear the case style and number of the lead case,** *Sheet Metal Workers Local
28 Pension Fund v Office Depot,* **Case No. 07-81038-CIV-HURLEY.** Pleadings
need only be filed under this number; no duplicates are needed.

**DONE and SIGNED**  in Chambers in  West  Palm  Beach, Florida this __21__ day of March,

2008.

Daniel T.K. Hurley
United States District Court Judge

cc.
all counsel

For updated court information, visit unofficial Web site
at http://us.geocities.com/uscts