UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-14348--CIV - HURLEY

BOND NICHOLS, etc., et al.,
    Plaintiffs,

v.

OFFICE DEPOT INC., et al.,
    Defendants.
_____/

**CLOSED CASE**

### ORDER OF CLOSE- OUT & DIRECTIONS TO CLERK

**THIS MATTER** is before the court *sua sponte*. By order previously entered, the above captioned case was consolidated for all purposes with *Sheet Metal Workers Local 28 Pension Fund v Office Depot Inc. Et al.,* Case No. 07-81038. [DE# 25] On January 15, 2010, the court entered final order of dismissal with prejudice of all claims in that consolidated action [Case No. 07-91038, DE# 86]. It is accordingly **ORDERED and ADJUDGED:**

1. The Clerk of the Court shall **TERMINATE** defendants' motion to dismiss second amended consolidated class action complaint [DE# 50] pursuant to order of final dismissal entered in lead action, Case No. 07-81038-CIV-HURLEY.

2. The Clerk of Court shall **CLOSE** the above captioned case, Case No. 07-81038 and terminate any other pending motions as **MOOT**.

**DONE and SIGNED** in Chambers in West Palm Beach, Florida, this 2ND day of February, 2010.

                                  Daniel T.K. Hurley
                                 United States District Judge

cc. All counsel